217 U.S. 603, 30 S.Ct. 694

**GEORGE M. NOWELL et al., Petitioner, v. INTERNATIONAL TRUST COMPANY et al.**

No. 855.

Supreme Court of the United States.

April 18, 1910.

Messrs. George M. Nowell and Joseph B. Church, for petitioners.

Messrs. E. S. Pillsbury and Lewis P. Shackleford, for respondents.

Denied.